IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) Civil Action No.: 19-cv-08420 |
| | ) |
| LOMBARD HOTEL OWNER SPE, LLC D/B/A | ) JUDGE DOW |
| EMBASSY SUITES CHICAGO-LOMBARD | ) |
| OAK BROOK, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISSAL PURSUANT
TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, Howard Cohan and the Defendant Lombard Hotel Owner SPE, LLC, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                                   LOMBARD HOTEL OWNER SPE, LLC

By: /s/ *Marshall J. Burt*                     By: /s/ *Jessica E. Quarless*
Marshall J. Burt, Esq.                         Jessica E. Quarless
The Burt Law Group, Ltd.                       Jackson Lewis P.C.
77 W. Washington, Ste 1300                     150 North Michigan Avenue
Chicago, IL 60602                              Suite 2500
312-419-1999                                   Chicago, IL 60601
Marshall@mjburtlaw.com                         312-787-4949
                                               Jessica.Quarless@jacksonlewis.com